IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAUDE BEAUREGARD,<br><br>               Plaintiff,<br><br>  v.<br><br>U.S. CONCRETE, INC., MICHAEL D. LUNDIN, SUSAN M. BALL, KURT M. CELLAR, RAJAN C. PENKAR, RONNIE PRUITT, THEODORE P. ROSSI, and COLIN M. SUTHERLAND,<br><br>               Defendants. | Civil Action No. 1:21-cv-06489-PAC |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Claude Beauregard hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 31, 2021

Respectfully submitted,

By: */s/ Joshua M. Lifshitz*
Joshua M. Lifshitz
Email: jml@jlclasslaw.com
**LIFSHITZ LAW FIRM, P.C.**
1190 Broadway
Hewlett, New York 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*